Steve WILLIE, Plaintiff-Appellee, Cross-Appellant,

v.

CONTINENTAL OIL COMPANY, et al., Defendants,

Offshore Logistics, Inc., Defendant-Appellant, Cross-Appellee.

No. 83–3682.

United States Court of Appeals, Fifth Circuit.

April 23, 1985.

Phelps, Dunbar, Marks, Claverie & Sims, Clayton G. Ramsey, Bettye A. Barrios, New Orleans, La., for defendant-appellant, cross-appellee.

Abadie & Kohnke, Peter J. Abadie, Jr., New Orleans, La., for plaintiff-appellee, cross-appellant.

(Opinion November 6, 1984, 746 F.2d 1041)

BY THE COURT:

A majority of the judges in active service, on the court's own motion, having determined to have this case reheard en banc,